UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERIKNAZ ARAKELYAN,<br><br>              Plaintiff,<br><br>         v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>              Defendant. | No.  2:13-cv-0114 CKD<br><br><br>ORDER |

Plaintiff has requested that this action be dismissed with prejudice.  Good cause appearing, IT IS HEREBY ORDERED that:

   1. This action is dismissed with prejudice.

   2. The Clerk of Court is directed to close this case.

Dated:  August 27, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 arakelyan.dis

1